IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CR-00019-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| VELMA JERON ANTIONETTE COLEMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on Velma Jeron Antionette Coleman's letter motion addressed to the undersigned [DE-87]. In her motion, Coleman argues that her sentence should not have been enhanced by application of U.S.S.G. § 2B3.1(b)(2)(C). Coleman further argues that her lawyer did not provide adequate representation because he failed to give the court a proper understanding of her case.

Because it appears Coleman is attacking the validity of her sentence, the appropriate avenue to bring this challenge is by way of a section 2255 motion[1]. To the extent that Coleman seeks to file a section 2255 motion, she must file it on the appropriate form. The Clerk of Court hereby is DIRECTED to send a copy of the appropriate section 2255 form to Coleman. If Coleman elects to pursue a section 2255 motion, she shall have twenty-eight days within which to file her motion on the appropriate section 2255 form provided by the Clerk. Coleman should send the original of the section 2255 form to the following address:

---

[1]Title 28 Section 2255 states four grounds upon which such relief may be claimed: (1) that the sentence was imposed in violation of the Constitution or laws of the United States; (2) that the court was without jurisdiction to impose such sentence; (3) that the sentence was in excess of the maximum authorized by law; or (4) that the sentence is otherwise subject to collateral attack. 28 U.S.C. § 2255(a).

Clerk of Court
United States District Court, E.D.N.C.
ATTN: Prisoner Litigation Division
P.O. Box 25670
Raleigh, North Carolina 27611

SO ORDERED.

This 7th day of November 2014.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE

2

Case 2:13-cr-00019-FL   Document 88   Filed 11/07/14   Page 2 of 2