IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CRIMINAL NO. 2:13-CR-19-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| VELMA JERON ANTIONETTE COLEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

The documents in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The filings are deficient in the following respects:

(X) The filing entitled "Motion for Extension of Time" was not signed or did not have an original signature.

( ) Other:

The Defendant is DIRECTED to correct the deficiencies listed above and return the corrected documents within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this ___ day of September, 2015.

_____
Robert B. Jones, Jr.
United States Magistrate Judge