UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CR-19-F-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VELMA JERON ANTIONETTE COLEMAN ) | |

This matter is before the court on Defendant Velma Jeron Antionette Coleman's *pro se* letter motions, which the court construes as a motion to reduce sentence [DE-94] and motion for reconsideration [DE-95].

On September 3, 2014, the defendant was sentenced to sixty (60) months imprisonment upon a plea of guilty to attempted bank robbery, in violation of 18 U.S.C. § 2113(a), and Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a), as well as for aiding and abetting both, in violation of 18 U.S.C. § 2. The sentences were to be served concurrently.

In the instant motion, the defendant requests a reduction in her sentence based on the the progress she has made while incarcerated. However, the court finds that it lacks the authority to modify the defendant's sentence. Pursuant to 18 U.S.C. § 3582(c), there are only very limited circumstances under which a modification to a term of imprisonment is allowed, including a motion by the Director of the Bureau of Prisons, the Government's Motion for a Reduction of Sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure, and if the defendant has been sentenced based on a sentencing range that has been subsequently lowered by the Sentencing Commission. *See* 18 U.S.C. § 3582(c). As these scenarios are not applicable to this case, the defendant's *pro se* motions [DE-94, -95] are DENIED.

SO ORDERED.

This the 15 day of January, 2016.

_____
JAMES C. FOX
Senior United States District Judge